# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NORRIS MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:17-CV-0047-D |
| ) | |
| TEXAS DEPARTMENT OF STATE ) | |
| HEALTH SERVICES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Defendant's 12(b)(6) motion to dismiss, filed February 21, 2017 (ECF No. 10), is granted, and plaintiff's Title VII discrimination claim is dismissed with prejudice for failure to exhaust administrative remedies.

Plaintiff's remaining claims are dismissed *sua sponte* for failure to state a claim on which relief may be granted.

By separate judgment, all of plaintiff's claims against the defendant are dismissed with prejudice.

**SIGNED** July 20, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE